# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1350
Lower Tribunal No. 22-4610-CC

_____

**Javier Olivares,**
Appellant,

vs.

**Gary Otto, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Jacqueline Woodward, Judge.

Javier Olivares, in proper person.

Kelley & Grant, P.A., and Cory S. Carano, (Boca Raton), for appellee.

Before FERNANDEZ, C.J., and SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.